AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

MICHAEL WASHINGTON

V.

CITY OF MONTGOMERY, ALABAMA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05 CV 1058-F

TO: (Name and Address of Defendant)
C/O City of Montgomery
BRENDA GAIL BLALOCK, CLERK
CITY OF MONTGOMERY
103 NORTH PERRY STREET
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANICE SPEARS-TURK
LAW OFFICES OF J.D. SPEARS-TURK
2735 OFFICE PARK CIRCLE
MONTGOMERY, AL 36116

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    11/7/05

_____    _____
CLERK                                                       DATE

_____
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   CERTIFIED MAIL.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL ~~$0.00~~ 4.42 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                          *Signature of Server*


              _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.