| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Frank Poole □ Agent / □ Addressee<br>B. Received by (Printed Name)  Date of Delivery<br>FRANK Poole  NOV 9 2005<br>D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br>2:05 CV1058 STC |
| 1. Article Addressed to:<br>City of Montgomery<br>Brenda Gail Blalock, Clerk<br>City of Montgomery, AL<br>103 N. Perry St<br>Montgomery, AL 36104 | 3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered      ☒ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number (Transfer from service label)  7004 1160 0001 9085 0143 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |