IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WASHINGTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:05CU1058-F |
| vs. ) | |
| ) | |
| CITY OF MONTGOMERY, AL ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Comes now the Plaintiff, Michael Washington, by and through counsel of record, and request that this Honorable Court dismiss the complaint filed with the court. As grounds therefor Plaintiff states the following:

1. That he no longer desires to pursue this matter.

2. That Counsel for Plaintiff has conferred with counsel for Defendant and each party is to bear their own costs and attorneys' fees.

WHEREFORE, the premises considered, Plaintiff respectfully requests that this matter be dismissed.

Respectfully submitted,

_____
Janice Spears-Turk (ASB2195 R69 J)
Attorney for Plaintiff

LAW OFFICES OF J.D. SPEARS-TURK
2735 Office Park Circle
Montgomery, AL 36116
(334) 274-0883

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing document was served on the following counsel of record by hand delivery and by placing the same in the U. S. mail, postage prepaid, on this the 7TH day of February, 2006.

Kimberly O. Fehl
Legal Department
City of Montgomery
P. O. Box 1111
Montgomery, AL 36101-111

*/s/ Janice Meads*
OF COUNSEL