IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1058-F |
| | ) | |
| CITY OF MONTGOMERY, AL, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Dismiss (Doc. #8) filed on February 7, 2006, it is hereby

ORDERED that the defendants show cause in writing on or before February 17, 2006 as to why the motion should not be granted.

DONE this the 9th day of February, 2006.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE