IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL WASHINGTON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 2:05CV1058-F |
| v. ) | |
| ) | |
| **CITY OF MONTGOMERY, AL,** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S RESPONSE TO
### PLAINTIFF'S MOTION TO DISMISS

**COMES NOW** Defendant, City of Montgomery, in the above styled action, by and through the undersigned counsel, and states unto the Court that it has no objection to the Plaintiff's Motion to Dismiss.

Done this the 13th day of February, 2006.

/s/Kimberly O. Fehl
KIMBERLY O. FEHL (FEH001)
Attorney for Defendant

City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
FAX: (334) 241-2310

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 13th day of February, 2006, I have mailed to the following by United States mail, first class, postage prepaid the following:

Hon. Janice Spears-Turk
2735 Office Park Circle
Montgomery, Alabama 36116

                                                /s/Kimberly O. Fehl
                                                Of Counsel