IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1058-F |
| ) | |
| CITY OF MONTGOMERY, AL, ) | |
| ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #8) filed on February 7, 2006, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED and this case is DISMISSED in its entirety WITHOUT PREJUDICE, each party to bear its own costs and expenses.

The Clerk of the Court is directed to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE